SEPTEMBER 6, 1985

No. A–182 (84–6953). BURGER *v.* KEMP, WARDEN. C. A. 11th Cir. Application for stay of execution of sentence of death scheduled for Monday, September 9, 1985, presented to JUSTICE POWELL, and by him referred to the Court, is granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.

SEPTEMBER 13, 1985

No. 84–1875. REICHHOLD CHEMICALS, INC. *v.* AIR PRODUCTS & CHEMICALS, INC. C. A. Fed. Cir. Certiorari dismissed under this Court's Rule 53.